1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Francisco Roberto Vasquez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  FRANCISCO ROBERTO VASQUEZ,  ) Case No.: 5:13-cv-01913-PLA
                                 )
12         Plaintiff,            ) ORDER AWARDING EQUAL
                                 ) ACCESS TO JUSTICE ACT
13     vs.                       ) ATTORNEY FEES AND EXPENSES
                                 ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting    )
    Commissioner of Social Security, )
15                               )
           Defendant             )
16  _____ )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,340.00 as
20
    authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
    DATE:  December 3, 2014
22
                                       _____
23                                     THE HONORABLE PAUL L. ABRAMS
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26